IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11CB3002 |
| Plaintiff, | ) | Violation No. W0902908 |
| | ) | Violation No. W0902909 |
| v. | ) | |
| | ) | MOTION AND ORDER TO |
| CHARLIE D. EMFINGER and | ) | CONTINUE |
| DIANA EMFINGER, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have agreed that each defendant will pay $3000 to Nebraska Game and Parks as part of the settlement of this case, together with a $500 fine. The defendants need time to make the payments to Nebraska Game and Parks. Accordingly, the government moves this Court to continue the initial appearances to August 4, 2011.

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney, D.NE

And: s/ *Alan L. Everett*
ALAN L. EVERETT #15387
Assistant U. S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Telephone: (402) 437-5241

IT IS SO ORDERED this 1st day of June, 2011. The initial appearance is continued to August 4, 2011, at 8:30 a.m.

s/*Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge