FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 AUG -4  AM 9:05

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:11CB3002 |
| Plaintiff, | ) | Violation No. W0902908 |
| | ) | Violation No. W0902909 |
| v. | ) | |
| | ) | MOTION AND ORDER TO |
| CHARLIE D. EMFINGER and | ) | CONTINUE |
| DIANA EMFINGER, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have previously agreed that each defendant will pay $3000 to Nebraska Game and Parks as part of the settlement of this case, together with a $500 fine. The defendant's counsel has informed the undersigned that the defendant's have paid $2,000 of the restitution, but need time to make the remaining payments to Nebraska Game and Parks. Accordingly, the government moves this Court to continue the initial appearances to October 6, 2011.

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney, D.NE

And:   s/ Steven A. Russell
       STEVEN A. RUSSELL #16925
       Assistant U. S. Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, Nebraska 68508
       Telephone: (402) 437-5241

IT IS SO ORDERED this 4th day of August, 2011. The initial appearance is continued to October 6, 2011, at 8:30 a.m.

CHERYL R. ZWART
United States Magistrate Judge