IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHARLIE D. EMFINGER,<br><br>　　　　　　　Defendant. | 4:12CB3000<br>W0902908<br><br>MOTION TO ESTABLISH<br>COLLATERAL FINE AMOUNT |

COMES NOW the United States and moves this Court for an order establishing a collateral fine amount of $500 and a $25 processing fee, for a total of $525.00 in the above-captioned matter. The undersigned represents to the court that the matter has been discussed with the case agent, and the proposed settlement adequately addresses the totality of the circumstances in this case and is in the interest of justice. The undersigned further represents to the court that this matter has been discussed with the defendant and he is in agreement with this proposal.

Dated this 6th day of March, 2012.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　By:　DEBORAH R. GILG
　　　　　　　　　　　United States Attorney
　　　　　　　　　　　District of Nebraska

　　　　　　　　And: _[signature]_
　　　　　　　　　　　ALAN L. EVERETT #15387
　　　　　　　　　　　Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 7th day of March, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　CHERYL R. ZWART
　　　　　　　　　　　　　　　　　　United States Magistrate Judge